**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6438**

CHRISTOPHER SCOTT HENRY, a/k/a Chicken Man,

Plaintiff - Appellant,

v.

NURSE LYDIA; NURSE TAMARA; NURSE BRITTANY; OFFICER LEWIS; OFFICER WELLS; CHEROKEE COUNTY DETENTION CENTER; OFFICER BLACKWELL; OFFICER BELOE,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Sherri A. Lydon, District Judge.  (8:23-cv-01114-SAL)

Submitted:  July 30, 2024                    Decided:  August 2, 2024

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Scott Henry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Scott Henry appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Henry's 42 U.S.C. § 1983 complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Henry v. Nurse Lydia*, No. 8:23-cv-01114-SAL (D.S.C. Apr. 30, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
